|  |  |
|---|---|
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>Oct 15, 2009<br><br>FILED<br>CLERK'S OFFICE |

IN RE: PRE-FILLED PROPANE TANK MARKETING
AND SALES PRACTICES LITIGATION     MDL No. 2086


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO-1)**


On October 6, 2009, the Panel transferred four civil actions to the United States District Court for the Western District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* F.Supp.2d. (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Gary A. Fenner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Missouri and assigned to Judge Fenner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Missouri for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable Gary A. Fenner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Missouri.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Nov 02, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: PRE-FILLED PROPANE TANK MARKETING
AND SALES PRACTICES LITIGATION**                      MDL No. 2086

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST.   DIV.   C.A. #   CASE CAPTION**

CALIFORNIA CENTRAL
  CAC   2   09-4649   Brian Border, et al. v. Blue Rhino Corp., et al.

CALIFORNIA NORTHERN
  CAN   3   09-3093   Peter Yunis, et al. v. Ferrellgas, L.P., et al.

CALIFORNIA SOUTHERN
  CAS   3   09-1871   Gary Kashefska v. AmeriGas Propane, Inc., et al.

FLORIDA MIDDLE
  FLM   8   09-1374   Michael D'Aloia, et al. v. AmeriGas Propane, Inc., et al.

ILLINOIS NORTHERN
  ILN   1   09-5682   Dennis Carroll, et al. v. AmeriGas Propane, Inc., et al.

KANSAS
  KS   2   09-2410   Laora Fishman v. Ferrellgas, Inc., et al.
  KS   2   09-2412   J. Allen Downs, et al. v. Ferrellgas Partners, L.P., et al.
  KS   2   09-2436   Daniel D. Scholtec, et al. v. AmeriGas Propance, Inc., et al.
  KS   2   09-2442   Brett Steven Powell, et al. v. AmeriGas Propane, Inc., et al.

KENTUCKY WESTERN
  KYW   3   09-756   Jason Brownstein, et al. v. AmeriGas Propane, L.P., et al.

MINNESOTA
  MN   0   09-2407   Mark Rodgers v. Ferrellgas, L.P., et al.

PENNSYLVANIA EASTERN
  PAE   2   09-3118   Bruce McIntyre v. AmeriGas Propane, Inc., et al.